PFEIFER, Acting C.J.
BROWN, C.J., not participating.

**2010–1555.   State ex rel. Butler Cty. Prosecutor v. Nastoff.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's motion to expedite ruling on whether to issue an alternative writ of procedendo,

It is ordered by the court that the motion is denied.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–1511.   Delaney v. Levin.**
Board of Tax Appeals, No. 2010–K–18.

**2010–1513.   State ex rel. Pheils v. Jennings.**
In Mandamus and Procedendo.

**2010–1535.   State ex rel. Cinergy Corp./Duke Energy v. Heber.**
Franklin App. No. 09AP–964, 2010-Ohio-3484.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2009–2058.   State ex rel. Daimler Chrysler Corp. v. Indus. Comm.**
Franklin App. No. 08AP–1017, 2009-Ohio-5778.

**2010–1102.   State ex rel. Bilaver v. Indus. Comm.**
Franklin App. No. 09AP–723, 2010-Ohio-2224.

**2010–1150.   State ex rel. Tempesta v. Warren.**
In Mandamus.